### 22528. KREUTZ *v.* THE STATE.

HOOPER, J. The evidence for the State upon each of the counts in the accusation (charging the defendant with possessing liquor and with selling liquor respectively) was sufficient, and the judge of the city court did not err in overruling the motion for a new trial based upon the general grounds only.

Judgment affirmed. *Broyles, C. J., and Luke, J., concur.*

DECIDED SEPTEMBER 1, 1932.

*W. A. Dampier,* for plaintiff in error.
*J. A. Merritt, solicitor,* contra.